UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DANIEL TEKLEMARIAM HAGOS,<br><br>                    Plaintiff,<br><br>       v.<br><br>SEATTLE POLICE DEPARTMENT, et al.,<br><br>                    Defendant. | Case No. C22-0932-TL<br><br>MINUTE ORDER |

The following Minute Order is made at the direction of the Court, the Hon. S. Kate Vaughan, United States Magistrate Judge:

Plaintiff submitted an application to proceed *in forma pauperis* (IFP). Dkt. 1. He indicates he is unemployed but receives some money from public assistance, has no cash on hand or money in checking or savings accounts, no interest in any property, and no monthly expenses. The Court is unable to consider Plaintiff's request to proceed IFP. Plaintiff must provide complete and detailed information as to his financial status, including information detailing his basic monthly expenses, like food and shelter, and how he satisfies those expenses.

MINUTE ORDER - 1

Plaintiff is directed to submit a revised IFP application within **twenty (20) days** of the date of this Minute Order. Failure to comply with this directive may result in denial of the application to proceed IFP and/or dismissal of this matter.

Dated this 7th day of July, 2022.

<u>Ravi Subramanian</u>
Clerk of Court

By: <u>s/ Stefanie Prather</u>
Deputy Clerk

MINUTE ORDER - 2